# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT NASHVILLE

FILED

December 15, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

STATE OF TENNESSEE, )
                             )   **No. M1998-00446-CCA-R3-CD**
          **Appellee**,   )
                             )   **Franklin County No. 11,712 below**
v.                         )
                             ) 
                             )   **(Assault)**
PAUL MAX QUANDT, JR.,   )
                             )   **AFFIRMED**
          **Appellant**.   )

## JUDGMENT

Came the defendant, Paul Max Quandt, Jr., pro se, and the state, by the Attorney General, and this cause was heard on the record on appeal from the Circuit Court of Franklin County; and upon consideration thereof, this court is of the opinion that there is no reversible error in the judgment of the trial court.

It is, therefore, ordered and adjudged that the judgment of the trial court is affirmed and the case is remanded to the Circuit Court of Franklin County for the execution of judgment and the collection of costs accrued below.

The costs of the appeal are taxed to the defendant, for which let execution issue if necessary.

James Curwood Witt, Jr., Judge

Joe G. Riley, Judge

Thomas T. Woodall, Judge